JOHN KNAPCZYK, Respondent, v. GEORGE BADNER, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented upon the ground that the plaintiff was guilty of contributory negligence as matter of law.

MARGARET STORY, Respondent, v. CITY OF LACKAWANNA, Appellant.— Judgment and order affirmed, with costs. All concurred.

CLARA HIPWELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

EDITH PERRIGO, an Infant, etc., Respondent, v. THE CITY OF FULTON, Appellant.— Judgment and order affirmed, with costs. All concurred,

JOHN FITZGERALD, Appellant, v. JOHN CANNAN and Another, Respondents.— Judgment affirmed, with costs. All concurred.

FRANK J. TANNER, Respondent, v. HENRY H. WARREN and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

WEBER-PEUTHERT COMPANY, Appellant, v. ABRAHAM N. LEVENTHAL, Respondent, Impleaded with Another.— Judgment vacated and order modified so as to give to plaintiff leave to plead over within twenty days upon payment of ten dollars costs, with direction for final judgment for defendant if such option is not exercised, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

CHARLES F. HUMMEL, Respondent, v. MORRIS L. GIBBONS, Appellant. CLARA HUMMEL, Respondent, v. MORRIS L. GIBBONS, Appellant.— Order affirmed, with costs to the respondents to abide the event. All concurred.

SIMON JOSEPH FOUCHA, an Infant, etc., Respondent, v. GUSTAVUS BUSE, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence upon the question of plaintiff's contributory negligence. All concurred, except KRUSE, P. J., and FOOTE, J., who dissented and voted for affirmance.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK, as Trustee, etc., Appellant.— Order entered October 20, 1916, amended so as to state that the reversal was made, not in the exercise of the discretion of the court, but as a matter of law. Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

KATHRYN KIMBALL, as Administratrix, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Estate of CATHERINE F. OSBORN, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ADELBERT BOWDEN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve briefs and pay respondent's attorney ten dollars by December eighteenth.